PROB 12B  
(08/16)

February 18, 2022  
pacts id: 7107421

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Emely Contreras (English)　　　　　　　　　　**Dkt No.:** 20CR02112-010-AJB

**Name of Sentencing Judicial Officer:** The Honorable Anthony J. Battaglia, U.S. District Judge

**Sentence:** 6 months' custody; 3 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** August 16, 2021

**Date Supervised Release Commenced:** February 8, 2022

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

The balance of home detention period may be monitored by the probation officer with, or without electronic technology.

PROB12B

Name of Offender: Emely Contreras  February 18, 2022
Docket No.: 20CR02112-010-AJB  Page 2

## CAUSE

Ms. Contreras released from custody on February 8, 2022 and began participation in home detention with the Location Monitoring Program (LMP) on February 15, 2022. Thus far, she has been in compliance with all conditions of supervised release and the LMP program. She is currently seeking employment and has a stable residence with her parents. However, technology issues have been persistent with her LMP equipment, primarily based on poor cellular service at her residence. The probation officer has attempted to rectify this issue, to no avail.

Based on her favorable adjustment to supervision thus far, it is recommended the Court allow the probation officer the discretion to monitor the remainder of Ms. Contreras' Court-ordered home detention without electronic technology. Should circumstances change significantly, or if issues of non-compliance arise, the probation officer may, at any time during the term of home detention, resume the use of monitoring technology.

Respectfully submitted:  Reviewed and approved:

by _____  _____
Tim Noggle  Michael Morabe
U.S. Probation Officer  Supervisory U.S. Probation Officer
(619) 557-6764

**THE COURT ORDERS:**

__X__  THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____  OTHER _____

_____  2/18/22
The Honorable Anthony J. Battaglia  Date
U.S. District Judge